JOEL S. COHEN, P.C.
128 MOTT STREET, SUITE 706
NEW YORK, NY 10013
TEL: 212-571-8899
FAX: 212-571-9557
Email: jcesq99@aol.com

July 1, 2010

By ECF and telefax
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: United States v. Xiao Qin Zhou
    1:02-cr-00271-SAS-1

    I represent Xiao Qin Zhou. The above matter, previously assigned to Judge Lynch, was recently re-assigned to Your Honor for proceedings in connection with a Violation of Supervised Release. (VOSR) Mr. Zhou was recently sentenced to a thirty month term of imprisonment in connection with the offense underlying the VOSR by Judge Rakoff.

    My client is anxious to resolve the Violation, and has asked me to write Your Honor to request that a hearing be scheduled. I therefore respectfully request that you schedule such a hearing at the Court's earliest convenience. Thank you.

    Very truly yours,

    /S

    Joel S. Cohen (JC6998)

cc: AUSA Arlo Devlin-Brown
    USPO Michael Wasmer

Case 1:02-cr-00271-SAS   Document 146   Filed 07/01/10   Page 2 of 2